IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01898-RPM

RICHARD DENNIS and
TINA TARBELL,,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.
_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE, AND CURRENT DEADLINES
_____

      This case was reassigned to this Court on September 11, 2014. Upon review of the file and pursuant to this Court's case management procedures, it is

      ORDERED that the Order Setting Scheduling/Planning Conference entered by Magistrate Judge Michael J. Watanabe on July 9, 2014, the September 24, 2014, scheduling/planning conference, and all current deadlines are vacated.

      Dated:   September 11th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge