IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.: 14-cv-01898-RPM

RICHARD DENNIS and
TINA TARBELL,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE
COMPANY, an Illinois Company.

      Defendant.

---

# ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES PURSUANT TO SCHEDULING ORDER

---

This matter having come before the Court on Plaintiff's Unopposed Motion for Extension of Deadlines Pursuant to the Scheduling Order IT IS HEREBY ORDERED that:

The motion is GRANTED. The current deadlines in the Scheduling Order will be extended and the new deadlines are as follows:

    a.    Discovery Cut-Off: July 8, 2015

    b.    Dispositive Motion Deadline: September 8, 2015

    c.    Expert witness Disclosures:

        i.    The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 6, 2015.

    ii.    The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before June 8, 2015.

    iii.    Any rebuttal opinions will be exchanged on or before June 27, 2015.

Ordered this 9th day of March, 2015.

BY THE COURT:

_____
Richard P. Matsch, Senior Judge