IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01898-RPM

RICHARD DENNIS and
TINA TARBELL,

      Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant.

_____

ORDER EXTENDING DISCOVERY CUTOFF TO SEPTEMBER 18, 2015
_____

Pursuant to the Stipulated Motion to Extend Discovery Cutoff to September 18, 2015, [Doc. 24] it is

ORDERED that the motion is granted.

Dated:  June 17th, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge